# UNITED STATES DISTRICT COURT

## District of New Jersey Newark Division

PATCH OF LAND LENDING LLC, A
Delaware limited liability company,
                  Plaintiff (s),
V.

RR BALDWIN NWK, LLC, a New Jersey limited liability company; RUBEN RODRIGUEZ, aka RUBEN J. RODRIGUEZ aka R. RODRIGUEZ, aka RJ RODRIGUEZ; U.S. BANK, CUSTODIAN for PRO CAP III, LLC, aka PRO CAPITAL III, LLC, a New Jersey limited liability company ; UNKNOWN OWNERS; NON-RECORD LIEN CLAIMANTS; and "JOHN DOE", "JANE DOE" and "DOE CORP." of 19 BALDWIN AVENUE, NEWARK, NEW JERSEY 07112; and JOHN DOE", "JANE DOE" and "DOE CORP." of 21 BALDWIN AVENUE, NEWARK, NEW JERSEY 07112
                  Defendant (s),

ORDER
GRANTING MOTION TO
CONFIRM FORECLOSURE
SALE

CASE NUMBER: 2:16-CV-09188-JLL-JAD

**THIS MATTER** having been opened to the Court by Plaintiff PATCH OF LAND LENDING LLC., through their attorneys, WALDMAN & KAPLAN, PA, for an Order confirming foreclosure sale of 19-21 Baldwin Avenue, Newark, New Jersey 07112 and no opposition having been filed, and good cause having been shown'

IT IS on the __22ND__ day of __November__, 2019.

**ORDERED** that the foreclosure sale held on May 8, 2019 on the property located at 19-21 Baldwin Avenue, Newark, New Jersey 07112 is **CONFIRMED**.

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all parties within (7) date of the date hereof.

_____
Hon. Joseph A. Dickson
United States Magistrate Judge